IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOAN M. PEAY | ) |
| | ) |
| v. | ) NO. 3-12-1259 |
| | ) JUDGE CAMPBELL |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC. | ) |

ORDER

Defendant has filed a Notice of Stay by Reason of Bankruptcy (Docket No. 6). Accordingly, this action is STAYED, pending further Order of the Court. The Clerk is directed to close the file administratively.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE